**Motion Granted; Vacated and Remanded and Memorandum Opinion filed May 14, 2015.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-14-00805-CV

---

### CHERYL JONES D/B/A EAGLE REALTY GROUP, Appellant

### V.

### MARY GAYE, SAMIA RECHACHE AND FIRST CLASS REALTY, INC., Appellees

---

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1034189**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed July 7, 2014. On May 5, 2015, the parties filed a joint motion to set aside or vacate the judgment and remand the cause to the trial court for rendition of judgment in accordance with the parties' settlement agreement. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, we vacate the judgment signed July 7, 2014, and remand the cause to the trial court for rendition of judgment in accordance with the parties' agreement.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Busby.